# INSLER & HERMANN, LLP
## Attorneys at Law
80 Grasslands Road, Suite 102
Elmsford, New York 10523

Phone (914) 286-3030
Fax    (914) 592-2726

**Dutchess County Office**
207 Route 9
Wappingers Falls, NY 12590
(845) 298-0065

Lewis B. Insler
Gabriel J. Hermann*
*Admitted in NY & NJ

**Bergen County Office**
1 University Plaza
Hackensack, NJ 07601
(201) 862-9700



January 3, 2008

Hon. Naomi Rice Buchwald
USDC, SDNY
500 Pearl St.
New York, NY 10007

Re:   Valerie Castellano v Astrue 07 CIV 4608

Dear Judge Buchwald,

Per the recent phone call from your chambers, Assistant US Attorney Susan Baird and I have agreed upon the following briefing schedule in the above matter, a claim for Social Security Disability benefits:

| | |
|---|---|
| Plaintiff's Motion for Judgment on the Pleadings and Memo of Law | February 15, 2008 |
| Defendant's cross motion and memo | March 17, 2008 |
| Plaintiff's reply brief (optional) | March 31, 2008 |

The decision will be made upon submission with no appearances or oral argument unless the Court determines it to be necessary.

If you wish to make any changes or have any questions feel free to contact the undersigned. Thank you for your cooperation.

*So Ordered*
[signature] Buchwald, USDJ
1/14/08

Respectfully submitted
[signature]
Lewis B. Insler

CC: Susan Baird AUSA