

**U.S. Department of Justice**

United States Attorney
Southern District of New York

86 Chambers Street, 3rd floor
New York, New York 10007

March 17, 2008

**BY FAX**

Honorable Naomi Reice Buchwald
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

Re: Valerie Castellano v. Astrue
07 Civ. 4608 (NRB)

Dear Judge Buchwald:

Pursuant to the briefing schedule in the above-referenced Social Security case, the Commissioner's motion for judgment on the pleadings is due today, March 17, 2008. We write respectfully to request, with the consent of plaintiff's counsel, that the remaining briefing schedule in this case be adjourned for approximately 30 days as follows: defendant's motion for judgment on the pleadings by April 18, 2008, and plaintiff's reply by May 2, 2008. The reason for this request is that the undersigned has been out of the office for the past week due to illness. No prior adjournment has been requested in this case. We appreciate the Court's consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
SUSAN D. BAIRD
Assistant United States Attorney
tel. (212) 637-2713
fax (212) 637-2750

cc: **BY FAX**
Lewis B. Insler, Esq.

TOTAL P.02