UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VALERIE D. CASTELLANO,

                Plaintiff,

-against-

MICHAEL J. ASTRUE, Commissioner,
of Social Security,

                Defendant.
------------------------------------------------------------X

07 CIVIL 4608 (NRB)

**JUDGMENT**

**SCANNED**

The parties having cross-moved for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c), and the said motions having come before the Honorable Naomi Reice Buchwald, United States District Judge, and the Court thereafter, on July 30, 2008 having rendered its Memorandum and Order denying the parties' respective motions for judgment on the pleadings and remanding the matter to the Commissioner for further proceedings consistent with the Memorandum and Order dated July 30, 2008, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Memorandum and Order dated July 30, 2008, the parties' respective motions for judgment on the pleadings are denied and the matter is remanded to the Commissioner for further proceedings consistent with the Memorandum and Order dated July 30, 2008; accordingly, the case is closed with leave to reopen, if necessary, after the conclusion of administration proceedings on remand.

**Dated:** New York, New York
          July 31, 2008

                                      **J. MICHAEL McMAHON**
                                          Clerk of Court
                BY:
                                            Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____